1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| KEITH CANDLER, | No. 2:17-cv-0022 AC P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| SAWAYA, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, plaintiff has failed to sign the application. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided another opportunity to submit a fully completed application to proceed in forma pauperis.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall provide plaintiff with another copy of the in forma pauperis application used by this court; and

////
////
////
////

1

2. Plaintiff shall submit, within thirty days from the date of this order, a fully completed in forma pauperis application which includes his signature. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: January 12, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE